SHEAROUSE, administrator, *v.* WOLFE.

SIMMONS, C. J. Where in a suit in a justice's court the summons names only a certain man as defendant, and both he and his wife are served, and the magistrate enters up judgment against both, the judgment against the wife is void, the record not showing that she appeared or pleaded.

*Judgment affirmed. All the Justices concurring.*

Argued July 18,— Decided August 7, 1900.

Ejectment. Before Judge Seabrook. Effingham superior court. October 23, 1899.

*D. H. Clark*, for plaintiff in error. *A. C. Wright*, contra.